FILED *by. 5/20*

## United States District Court
### Middle District of Florida
### Fort Myers Division

2022 JAN 28 PM 1: 15

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Prince, Davis, A

*(In the space above enter the full legal name of the plaintiff)*

-against-

Kathleen A. Smith

Office of the Public Defender

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Case No. 2:22cv58-JES-MRM

(To be filled out by Clerk's Office only)

## COMPLAINT
*(Pro Se Confined Litigant)*

Jury Demand?
☐ Yes
☑ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Davis, Prince, A
Name (Last, First, MI)                                                    Aliases

142810
Identification #

Lee County Core Facility
Place of Detention

2501 Ortiz ave.
Institutional Address

Lee, Ft. Myers          Florida          33905
County, City              State              Zip Code

## III.    STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

Rev. 5/20

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  Kathleen A. Smith
Name (Last, First)

Public Defender
Current Job Title

Office of the Public Defender, 2000 Main St., 3rd Fl.
Current Work Address

Lee, Ft. Myers          Florida          33901
County, City                State                Zip Code

Defendant 2:  _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                State                Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3:     _____
                 Name (Last, First)

                 _____
                 Current Job Title

                 _____
                 Current Work Address

                 _____
                 County, City              State              Zip Code


Defendant 4:     _____
                 Name (Last, First)

                 _____
                 Current Job Title

                 _____
                 Current Work Address

                 _____
                 County, City              State              Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:    Office of the Public Defender, Ft. Myers, FL 33901

Date(s) of occurrence:    On or around    4-01-2021

State which of your federal constitutional or federal statutory rights have been violated:

90.502(i)(c), 812.081,(i)(4)(2), 815.04(i)(2)(3)(4), 815.05, 815.06, 934.06 as defined in
815.02, 815.03, 228 So 2d 294(Fla 3d DCA 1975), 537 So 2d 626(Fla 3d DCA 1988)
90.201, 90.202(2)(7)(i)(12), 90.403, 90.952, 90.953, 577.5082, 775.083, 775.084

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each
defendant was personally involved in the alleged wrongful actions, state whether you were
physically injured as a result of those actions, and if so, state your injury and what medical
attention was provided to you. All facts shall be set forth in separately numbered paragraphs.
See Fed. R. Civ. P. 10(b).*

FACTS:

> What
> happened to
> you?

On or about April the 1st 2021 the Integrated
Justice Information System of Lee County, Florida was subject
to a "Malware attack". The agency cannot gaurentee that
information was not missused by the perpetrators of this
crime. Nor can agency say what evidence was taken or leaked
back to the public via social media or any dark web
internet service. Defendant argues that he entered into a
contract with the public defenders office which would make
their office a gaurdian of all information inside of the
IJIS and thus makes them responsible due to the
breach of the lawyer client privilidge. Also, by refering
defendent to the website knowing he's incarcerated and
cannot access it violates his right to protect himself.

Rev. 5/20

| Who did what? |

On or about April 1st 2021 the Integrated Justice Information System (IJIS) used by both the Twentieth Judicial Circuit of the state Attorney office and the office of the public defender for Lee County were the target of a "Malware attack". This violates numerous Florida statutes and case laws. When the "Malware Attack" occurred, a a computer contaminate as defined in Florida statute 815.03(3) was introduced into the (IJIS) contaminating all evidence, statements, documents, private records and confidential information owned by the mentioned users of the IJIS database.

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Rev. 5/20

**Was anyone else involved?**

Anyone who's information was contained within the system that suffered the "Malware Attack" on April 1st 2021, ie: The Integrated Justice Information System or IJIS.

Rev. 5/20

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING:* **Prisoners** *must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Defendant asks the court to accept Jurisdiction over this matter and grant all releif to which he is entitled, including but not limited to :

A) Find that all evidence statements affected are no longer admissable.

B) Dismissal of all pending cases based on lack of evidence.

As a result of all of the incidents, a fair and impartial trial by jury gauranteed by the 6th Amendment of the United States Constitution is no longer possible. Case information, confidential statements, evidence documents and private records have been contaminated, thereby making this case unavailable for prosecution.

Rev. 5/20

## VIII.  LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### ALL LITIGANTS MUST ANSWER:.

Have you to date brought any other lawsuits in state or federal court while a confined?          ☐ Yes          ☑ No

     If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. 5/20

## IX.     PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers
may be served. **I understand that my failure to keep a current address on file with the
Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison
address.*

<u>1-24-22</u>
Dated

<u>Prince Davis</u>
Plaintiff's Signature

<u>Davis, Prince, A</u>
Printed Name (Last, First, MI)

<u>142810</u>
Identification #

<u>Lee County Core Facility</u>   <u>Ft. Myers</u>   <u>Fl.</u>   <u>33905</u>
Institutional Name                     City                 State       Zip Code